UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY STEWART                                                                CIVIL ACTION

VERSUS
                                                                                              20-715-SDD-RLB
JEFF LANDRY, ET AL.

**<u>RULING</u>**

On or about October 8, 2020 the *pro se* plaintiff, a person formerly confined at the Ascension Parish Sheriff's Office, filed this proceeding pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. Pursuant to correspondence dated December 22, 2020 (R. Doc. 2), the Court directed the plaintiff to correct certain deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice.

A review of the record now reflects that the plaintiff has failed to correct the deficiencies as directed. Instead, a copy of the Deficiency Notice has been returned to the Court on January 13, 2021 as undeliverable, with a notation of "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." *See* R. Doc. 3.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the plaintiff's claims be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on February ~~17,~~ 18th 2021.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**